UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON THOMAS ROBERTS,

Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND;
MATTHEW HAMNER, Chief of the
Bainbridge Island Police Department;
DALE JOHNSON; WELLPATH, LLC,
f/k/a Correct Care Solutions, LLC;
KITSAP COUNTY; MARK RUFENER;
JOHN GESE; GARY SIMPSON; and
JOHN AND JANE DOES 1-30,

Defendants.

C21-5165 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to dismiss, docket no. 10, brought by defendants Kitsap County, Kitsap County Superintendent of Corrections Mark Rufener, Kitsap County Undersheriff John Gese, and Kitsap County Sheriff Gary Simpson (the "Kitsap Defendants"), is GRANTED in part and DENIED in part, as follows:

  (a) With respect to plaintiff's claims against the Kitsap Defendants, the motion to dismiss is granted, but without prejudice to plaintiff filing an amended complaint;[1]

---

[1] The Kitsap Defendants' contention that plaintiff somehow waived the opportunity to amend his pleading by not filing an amended complaint within 21 days after the Kitsap Defendants filed

MINUTE ORDER - 1

   (b) Plaintiff shall electronically file any amended complaint within twenty-one (21) days of the date of this Minute Order; and

   (c) Any responsive pleading or motion shall be filed within the time period set forth in Federal Rule of Civil Procedure 15(a)(3).

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2021.

            William M. McCool
            Clerk

            s/Gail Glass
            Deputy Clerk

---

their motion to dismiss ignores Federal Rule of Civil Procedure 15(a)(2), which envisions that a pleading may be amended after the 21-day period upon consent of opposing parties or with leave of the Court, which is to be "freely" given "when justice so requires." Moreover, the Court notes that, after the Kitsap Defendants filed their motion to dismiss, defendant Wellpath, LLC filed an answer, docket no. 13, thereby complicating for plaintiff the issue of whether to file an amended pleading or respond to the pending motion to dismiss.

MINUTE ORDER - 2