# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRANDON THOMAS ROBERTS,

    Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND, et al.,

    Defendants.

C21-5165 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered April 28, 2021, docket no. 18, the Court granted a motion to dismiss brought by defendants Kitsap County, Kitsap County Superintendent of Corrections Mark Rufener, Kitsap County Undersheriff John Gese, and Kitsap County Sheriff Gary Simpson (the "Kitsap Defendants"). Having been granted leave to do so, plaintiff has since filed an Amended Complaint, docket no. 23, realleging claims against the Kitsap Defendants. During the interim, however, the other parties to this action filed a Joint Status Report, docket no. 21, and a scheduling order was entered, *see* Minute Order (docket no. 22). In the Joint Status Report, the parties other than the Kitsap Defendants indicated that they would exchange initial disclosures on May 24, 2021; the deadline set by the Court, however, was May 17, 2021, *see* Order (docket no. 9), which was the day before plaintiff filed his Amended Complaint. The parties are DIRECTED to meet and confer and to file another Joint Status Report within fourteen (14) days of the date of this Minute Order indicating (i) whether the Kitsap Defendants seek any revision of the scheduling order; (ii) whether the Court should set a new deadline for the exchange of initial disclosures or whether the parties can work cooperatively to expeditiously comply with Federal Rule of Civil Procedure 26(a)(1) without further involvement of the Court.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2