UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON THOMAS ROBERTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAINBRIDGE ISLAND; MATTHEW HAMNER, Chief of the Bainbridge Island Police Department, in his personal capacity; DALE JOHNSON, in his personal capacity; WELLPATH, LLC f/k/a CORRECT CARE SOLUTIONS, LLC; KITSAP COUNTY; and JOHN and JANE DOES 1-30,<br><br>　　　　Defendants. | C21-5165 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date, docket no. 43, is GRANTED as follows:

| **JURY TRIAL DATE (7-9 days)** | **September 12, 2022** |
|---|---|
| Deadline for amending pleadings | October 18, 2021 |
| Disclosure of expert testimony | January 21, 2022 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery motions filing deadline | March 10, 2022 |
| Discovery completion deadline | April 15, 2022 |
| Dispositive motions filing deadline | May 19, 2022 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | May 26, 2022 |
| Motions in limine filing deadline | August 11, 2022 |
| Agreed pretrial order due | August 26, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 26, 2022 |
| Pretrial conference | September 2, 2022 at 10:00 a.m. |

(2) The provisions of the Minute Order Setting Trial and Related Dates entered on May 18, 2021, docket no. 22, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) The Clerk is DIRECTED to update the docket to reflect that David A. Weibel, counsel of record for plaintiff, is at the law firm of Templeton Horton Weibel & Broughton PLLC d/b/a Kitsap Law Group and to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of September, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2