UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON THOMAS ROBERTS,

    Plaintiff,

v.

WELLPATH, LLC f/k/a CORRECT CARE SOLUTIONS, LLC; and KITSAP COUNTY,

    Defendants.

C21-5165 TSZ

ORDER

The Court hereby ORDERS as follows:

(1) The deadline for amending pleadings having expired, *see* Minute Order (docket no. 44), and plaintiff having been advised of the consequences of not timely filing a motion to amend or join additional parties, *see* Order (docket no. 39), plaintiff's claims against defendants John and Jane Does 1–30 are DISMISSED without prejudice;

(2) The stipulated motion, docket no. 57, brought by plaintiff and defendants City of Bainbridge Island, Matthew Hamner, and Dale Johnson (collectively, "Bainbridge Island Defendants"), is GRANTED, and plaintiff's claims against the Bainbridge Island Defendants are DISMISSED with prejudice;

ORDER - 1

(3) The remaining defendants in this case are Wellpath, LLC (formerly known as Correct Care Solutions, LLC) and Kitsap County. All future filings shall be captioned in the same manner as this Order.

(4) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 16th day of June, 2022.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge

ORDER - 2