1

2

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT TACOMA

5    BRANDON THOMAS ROBERTS,

6                    Plaintiff,

7           v.                                    C21-5165 TSZ

8    WELLPATH, LLC, f/k/a CORRECT              MINUTE ORDER
     CARE SOLUTIONS, LLC; and
9    KITSAP COUNTY

                     Defendants.
10

11          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:
12
            (1)     The Court is considering conducting trial in this matter virtually via the
13   ZoomGov.com platform.  On or before July 20, 2022, the parties shall meet and confer
     and file a Joint Status Report addressing:  (a) whether any party objects to remotely
14   conducting any of the following portions of the trial:  (i) jury selection; (ii) opening
     statements; (iii) witness testimony; (iv) closing arguments; and/or (v) jury deliberations;
15   (b) whether any party objects to a transfer of divisions from Tacoma to Seattle for
     purposes of where the trial is conducted and the pool of individuals from which jurors are
16   summoned; and (c) the number of witnesses and anticipated length of trial in light of the
     recent narrowing of the case.
17
            (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
18   record.

19          Dated this 7th day of July, 2022.

20                                               Ravi Subramanian
                                                 Clerk
21
                                                 s/Gail Glass
22                                               Deputy Clerk

23

MINUTE ORDER - 1