UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON THOMAS ROBERTS,

    Plaintiff,

v.

WELLPATH, LLC, f/k/a CORRECT CARE SOLUTIONS, LLC; and KITSAP COUNTY

    Defendants.

C21-5165 TSZ

ORDER

This matter having been resolved in principle, and counsel having telephonically confirmed that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of September 12, 2022, and all other dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

DATED this 20th day of July, 2022.

                                                Thomas S. Zilly
                                                United States District Judge

ORDER - 1